IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Civil Action No. 5:07CV50
                                                            (STAMP)

LEONARD REYNOLDS, D.P.M.,

    Defendant.

### ORDER RESCHEDULING RULE 55 EVIDENTIARY HEARING

For reasons appearing to the Court, the Rule 55 evidentiary hearing scheduled in the above-styled civil action is hereby RESCHEDULED and will now be held on **November 16, 2007 at 3:45 p.m.**

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    October 26, 2007

                                               /s/ Frederick P. Stamp, Jr.
                                             FREDERICK P. STAMP, JR.
                                             UNITED STATES DISTRICT JUDGE