IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Civil Action No. 5:07CV50
                                                    (STAMP)

LEONARD REYNOLDS, D.P.M.,

    Defendant.

## **ORDER GENERALLY CONTINUING EVIDENTIARY HEARING**

An evidentiary hearing on default judgment was scheduled to take place in this action on November 16, 2007. Counsel for the plaintiff and for the defendant appeared for the hearing. At the hearing, defendant's counsel represented to this Court that the defendant would file a bankruptcy petition today, probably within a matter of hours. Based on this representation and because the filing of a bankruptcy petition would result in an automatic stay of this action, the evidentiary hearing is hereby CONTINUED GENERALLY. The defendant, through counsel, is directed to promptly advise this Court and plaintiff's counsel when the filing of a bankruptcy petition is effected.

    IT IS SO ORDERED.

    The Clerk is directed to transmit a copy of this order to counsel of record herein.

    DATED:    November 16, 2007

                                          /s/ Frederick P. Stamp, Jr.
                                          FREDERICK P. STAMP, JR.
                                          UNITED STATES DISTRICT JUDGE